## LANE–WELLS COMPANY, Appellant, v. AUSTIN BRIDGE COMPANY, Appellee.

### No. 3858.

Court of Civil Appeals of Texas. Beaumont.

May 8, 1941.

Rehearing Denied May 29, 1941.

George Red, of Houston, for appellant.

Wood, Morrow, Gresham & McCorquodale, of Houston, for appellee.

WALKER, Chief Justice.

This appeal was prosecuted from the County Court at Law of Harris county to the Galveston Court of Civil Appeals, and transferred to this court by order of the Supreme Court. An examination of the briefs discloses no error. The judgment of the lower court is affirmed without written opinion. Texas & N. O. R. Co. v. Futch, Tex.Civ.App., 127 S.W.2d 1040.